# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BLACKWELL,** : | **CIVIL ACTION NO. 1:05-CV-2130** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **LYDELL V. MULDROW, JULIAN B.** : | |
| **ADAMS, RICHARD GIBNEY, CITY** : | |
| **OF HARRISBURG, et al.,** : | |
| Defendants : | |

## O R D E R

Pursuant to the stipulation of the parties, the above-captioned matter is dismissed with prejudice and without costs.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

Dated: September 26, 2006